AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Vermont

RECEIVED
2016 JAN 29 PM 4: 47
U.S. MARSHALS SERVICE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:16-cr-18-1 |
| KWASI ASANTE | ) | 2:16-mj-18 |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

2016 MAR -7 PM 3: 12
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY DEPUTY CLERK
CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    KWASI ASANTE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1)   Defendant knowingly and intentionally distributed heroin, a schedule I controlled substance.

Date: 1-29-2016

_____
*Issuing officer's signature*

City and state: Burlington, Vermont

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 1/29/16, and the person was arrested on *(date)* 2/1/16 at *(city and state)* NJ. | |
| Date: 3/7/16 | _____ *Arresting officer's signature* /SHIV - SDUSM *Printed name and title* |