UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                      )         Docket No. 2:16-cr-18<br>)<br>KWASI ASANTE,                            )<br>      Defendant.                            ) | |

STIPULATED MOTION TO UNSEAL SEARCH WARRANT

The United States of America moves to unseal the search warrant obtained to search 9-5 Regency Manor, Rutland, Vermont, the residence of defendant Kwasi Asanti, and related materials. This warrant was obtained and executed in February, 2016, and the Application was sealed at the request of the United States at that time. The reasons for sealing it at that time no longer justify its continued sealing, and unsealing is necessary in order to provide the warrant materials to the defendant pursuant to the United States' discovery obligations.

That this Motion to Unseal was not sooner filed was due to the oversight of the undersigned.

Accordingly, the United States asks that documents 5, 7, 8, and 10 in docket no. 2:16-mj-18 be unsealed.

Dated at Burlington, in the District of Vermont, May 6, 2016.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

|  |  |
|---|---|
| By: | */s/ Michael P. Drescher* |
|  | Michael P. Drescher |
|  | Assistant U.S. Attorney |
|  | P.O. Box 570 |
|  | Burlington, VT 05402-0570 |
|  | (802) 951-6725 |
|  | Michael.Drescher@usdoj.gov |

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on May 6, 2016, and the CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Richard R. Goldsborough, Esq.

Dated at Burlington, in the District of Vermont, May 6, 2016.

/s/ Michael P. Drescher
Michael P. Drescher
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Michael.Drescher@usdoj.gov